UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 01812**

------------------------------------------------------------------X

ANDREW BARRON WORDEN and BARRON PARTNERS LP,

                    Plaintiffs,

    -against-

RICHARD N. BELL, COHEN & MALAD LLP, And DOES 1-5

                    Defendants.

CIVIL ACTION NUMBER:

RULE 7.1 STATEMENT



------------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for COHEN & MALAD LLP (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: Uniondale, New York
       February 21, 2008

                                              Shari Claire Lewis, Esq. (SL0527)

2122607

*Index No.*                              *Year*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW BARRON WORDEN and BARRAN PARTNERS LP,

                                                                                              Plaintiff(s),

-against-

RICHARD N. BELL, COHEN & MALAD LLP, And DOES 1-5,

                                                                                              Defendant(s).

### RULE 7.1 STATEMENT

*Attorneys for*

RIVKIN RADLER LLP

Attorney for Defendants
926 RECKSON PLAZA
UNIONDALE, NEW YORK 11556-0926
(516) 357-3000

FILE#  0001680-00002    /

*To:*

*Attorney(s) for*

*Service of a copy of the within*                                              *is hereby admitted.*

*Dated:*

..........................................................................

*Attorney(s) for*

*PLEASE TAKE NOTICE*

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                              20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court,
at
on                              20      , at           M.

*Dated:*

RIVKIN RADLER LLP
*Attorneys for*

926 RECKSON PLAZA
UNIONDALE, NEW YORK 11556-0926

*To:*

Check Applicable Box